UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENRY COX,

                    Plaintiff,

              -against-

WEB,

                    Defendant.

26-cv-0358 (LLS)

CIVIL JUDGMENT

        For the reasons stated in the April 27, 2026, order, Plaintiff's complaint, filed IFP under

28 U.S.C. § 1915(a)(1), is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii)-(iii).

SO ORDERED.


Dated:    April 30, 2026
          New York, New York


                                        /s/ Louis L. Stanton
                                        _____
                                            Louis L. Stanton
                                        United States District Judge